CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 17 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 5-07-cr-00024-01 |
| v. | ) | **ORDER** |
| JOHN SAMUEL MCGOWAN, | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: August 17, 2007

/s/ Glen E. Conrad
United States District Judge